(No. 6044— 

Sᴉᴇɢ Pᴇᴏʀɪᴀ Cᴏᴍᴘᴀɴʏ, An Illinois Corporation, Claimant, *vs.* Sᴛᴀᴛᴇ ᴏғ Iʟʟɪɴᴏɪs, Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏғ Pᴜʙʟɪᴄ Wᴏʀᴋs ᴀɴᴅ Bᴜɪʟᴅɪɴɢs, Respondent.

*Opinion filed August 30, 1971.*

Dᴏɴᴀʟᴅ G. Bᴇsᴛᴇ, Attorney for Claimant.

Wɪʟʟɪᴀᴍ J. Sᴄᴏᴛᴛ, Attorney General; Wɪʟʟɪᴀᴍ E. Wᴇʙʙᴇʀ, Assistant Attorney General, for Respondent.

Pᴇʀʟɪɴ, C.J.

(No. 6046— 

Bᴜʀʀᴏᴜɢʜs Cᴏʀᴘᴏʀᴀᴛɪᴏɴ, Claimant, *vs.* Sᴛᴀᴛᴇ ᴏғ Iʟʟɪɴᴏɪs, Sᴇᴄʀᴇᴛᴀʀʏ ᴏғ Sᴛᴀᴛᴇ, Respondent.

*Opinion filed August 30, 1971.*

Dᴀᴠɪs, Dɪᴇᴛᴄʜ ᴀɴᴅ Rʏᴀɴ, Attorney for Claimant.

Wɪʟʟɪᴀᴍ J. Sᴄᴏᴛᴛ, Attorney General; Wɪʟʟɪᴀᴍ E. Wᴇʙʙᴇʀ, Assistant Attorney General, for Respondent.

Pᴇʀʟɪɴ, C.J.

(No. 6047— 

Sᴀx Aʀᴛs & Cʀᴀғᴛs, Claimant, *vs.* Sᴛᴀᴛᴇ ᴏғ Iʟʟɪɴᴏɪs, Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏғ Pᴜʙʟɪᴄ Hᴇᴀʟᴛʜ, Respondent.

*Opinion filed August 30, 1971.*

Sᴀx Aʀᴛs & Cʀᴀғᴛs, Claimant, pro se.

Wɪʟʟɪᴀᴍ J. Sᴄᴏᴛᴛ, Attorney General; Sᴀᴜʟ R. Wᴇxʟᴇʀ, Assistant Attorney General, for Respondent.

251

PERLIN, C.J.

(No. 6050—

MINNESOTA MINING AND MANUFACTURING COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS,
Respondent.

*Opinion filed August 30, 1971.*

CHARLES W. OTT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6053—

P. SIDNEY NEUWIRTH, M.D., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed August 30, 1971.*

P. SIDNEY NEUWIRTH, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.